UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH P. CARSON, )
)
   Plaintiff )
) Civil Action No: 07-0261 (PLF)
v. )
)
US MERIT SYSTEMS PROTECTION BOARD, )
)
   Defendant )
)
)

RECEIVED
FEB 2 0 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO IMMEDIATELY CHANGE VENUE FOR CASE

Plaintiff respectfully motions for an immediate change of venue for this case. He has not yet received nor served the summons for it, so, as he has been informed, there is no reason for the Court to wait the normal 20 days to transfer the case files.

He filed it with this Court based on his perception that cases nos. 06-1833 and 1834 might be related to it. Based on the Court's ruling on February 5, 2007 in no. 06-1834, this case is not directly related to those cases.

By 5 USC 552(a)(4)(B), the plaintiff in a Freedom of Information Act complaint can choose which of several federal district courts to hear it. Therefore, the plaintiff desires the case be heard in the district in which he resides (he resides in Knox County), the **Tennessee Eastern District**.

Plaintiff discussed this matter with the Court's pro se office and was

1

advised to file a motion requesting an immediate change of venue, as the normal procedure of waiting 20 days for the other party to respond does not apply in this matter.

Respectfully Submitted,

Joseph P. Carson, P.E., Plaintiff
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>Plaintiff<br><br>v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br><br>Defendant | )<br>)<br>)<br>) Civil Action No: 07-0261 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION OF Plaintiff's motion that venue for the case be immediately transferred to the U.S. Federal District Court for the Eastern District of Tennessee, it is this ___ day of February 2007,

ORDERED, that the plaintiff's motion requesting the immediate transfer of venue to this case is

GRANTED.

DATED:_____

_____

UNITED STATES DISTRICT JUDGE