AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Carson

v.

U.S. Merit Systems Protection Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00261

JUDGE: Paul L. Friedman

CAS    DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/2/2007

TO: (Name and address of Defendant)

U.S. Merit Systems Protection Board
1615 M St., N.W.
Washington, DC 20419-0002

pro se

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S (name and address)

Joseph Carson
10953 Twin Harbour Dr.
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    FEB -2 2007
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | February 21, 2007 |
| NAME OF SERVER (PRINT) Joseph Carson | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/07       _____
                          Signature of Server

                          10853 Twin Harbour Dr.
                          Address of Server

                          Knoxville, TN 37934

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Carson

U.S. Merit Systems Protection Board

v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00261

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/2/2007

TO: (Name and address of Defendant)

Attorney General, U.S. Dept of Justice
950 Pennsylvania Ave, NW.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S pro se (name and address)

Joseph Carson
10953 Twin Harbour Dr.
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB -2 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Feb 21, 2007 |
| NAME OF SERVER (PRINT) Joseph Larsen | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/07

Signature of Server

Address of Server: 10953 Twin Harbour Dr, Knoxville, TN 37934

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Carson

v.

U.S. Merit Systems Protection Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00261

CAS   JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/2̄/2007

TO: (Name and address of Defendant)

Civil Process Clerk
555 Fourth St, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S   pro se   (name and address)

Joseph Carson
10953 Twyn Harbour Dr.
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON       FEB -2 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/21/07 |
| NAME OF SERVER (PRINT) Joseph Larsen | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/21/07

_Signature of Server_

10953 Twin Harbour Dr.
_Address of Server_

Knoxville, TN 37934

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $4.05 | 0933 |
| Certified Fee | | $2.40 | 07 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.30 | 02/21/2007 |

Sent To: Attorney General, U.S. DOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave N.W.
City, State, ZIP+4: Washington, DC 20530

7006 0810 0005 7646 7872

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $4.05 | 0933 |
| Certified Fee | | $2.40 | 07 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.30 | 02/21/2007 |

Sent To: Clerk of Board, U.S. MSPB
Street, Apt. No.; or PO Box No.: 1615 M St. N.W.
City, State, ZIP+4: Washington, DC 20419

7006 0810 0005 7646 7858

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $4.05 | 0933 |
| Certified Fee | | $2.40 | 07 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.30 | 02/21/2007 |



Sent To: Civil Process Clerk, U.S. DOJ
Street, Apt. No.; or PO Box No.: 555 Fourth St. N.W.
City, State, ZIP+4: Washington, DC 20530

7006 0810 0005 7646 7865

PS Form 3800, June 2002    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0005 7646 7865**
Status: **Delivered**

Your item was delivered at 10:57 AM on February 26, 2007 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

  POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy




### UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results
Label/Receipt Number: **7006 0810 0005 7646 7858**
Status: **Delivered**

Your item was delivered at 11:49 AM on February 26, 2007 in WASHINGTON, DC 20419.

*U.S. Merit* 

**Track & Confirm**
Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >            Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0005 7646 7872**
Status: **Delivered**

Your item was delivered at 10:57 AM on February 26, 2007 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

