UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH CARSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0261 (PLF) |
| **U.S. MERIT SYSTEMS PROTECTION BOARD,** | ) |
| Defendant. | ) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov