UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH CARSON,** | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-0261 (PLF) |
| **U. S. MERIT SYSTEMS PROTECTION BOARD,** | ) ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Praecipe was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**JOSEPH CARSON**

on this 20th day of March, 2007.

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895