AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Joseph Carson*

*v.*

*U.S. Merit Systems Protection Board*

### SUMMONS IN A CIVIL CASE

CASE NUMBER  1:07CV00261

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/__/2007

TO: (Name and address of Defendant)

*U.S. Merit Systems Protection Board*
*1615 M St, N.W.*
*Washington, DC 20419-0002*

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S~~ *pro se* (name and address)

*Joseph Carson*
*10953 Twyn Harbour Dr.*
*Knoxville, TN 37934*

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

FEB - 2 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *February 21, 2007* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *Joseph Carson* | *Plaintiff* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Certified mail* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *2/21/07*      _____
                        *Signature of Server*

            *10953 Twin Harbors Dr.*
                *Address of Server*

            *Knoxville, TN 37934*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Carson

### SUMMONS IN A CIVIL CASE

v.

U.S. Merit Systems
Protection Board

CASE NUMBER  1:07CV00261

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/⬛2/2007

TO: (Name and address of Defendant)

Attorney General, U.S. Dept of Justice
750 Pennsylvania Ave, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S~~ pro se ⬛ (name and address)

Joseph Carson
10953 Tarry Harbour Dr.
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within ___30___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB -2 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *Feb 21, 2007* |
| NAME OF SERVER *(PRINT)* *Joseph Larson* | TITLE *Plaintiff* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Certified Mail*

## STATEMENT OF SERVICE FEES

| TRAVEL *N/A* | SERVICES *N/A* | TOTAL *N/A* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *2/21/07*
_____
Date

_____
Signature of Server

*10953 Twin Harbour Dr*
_____
Address of Server

*Knoxville TN 37934*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Joseph Carson*

v.

*U.S. Merit Systems Protection Board*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00261

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/2/2007

TO: (Name and address of Defendant)

*Civil Process Clerk
555 Fourth St., N.W.
Washington, DC 20530*

*pro se*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S (name and address)

*Joseph Carson
10953 Twin Harbour Dr.
Knoxville, TN 37934*

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB -2 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/21/07 |

| NAME OF SERVER (PRINT)  Joseph Larson | TITLE  Plaintiff |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/07
_____     _____
           Date                                    Signature of Server

10953 Twin Harbour Dr.
_____
            Address of Server
Knoxville TN 37934

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.05 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.30 |

Postmark Here
FARRAGUT BR KNOX
02/21/2007

Sent To _Alberto Gonzales, U.S. DOJ._
Street, Apt. No.; or PO Box No. _950 Pennsylvania Ave. N.W._
City, State, ZIP+4 _Washington, DC 20530_

PS Form 3800, June 2002                     See Reverse for Instructions

7006 0810 0005 7646 7872

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.05 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.30 |

Postmark Here
FARRAGUT BR KNOX
02/21/2007

Sent To _Clerk, Board, U.S. MSPB_
Street, Apt. No.; or PO Box No. _1615 M St. N.W._
City, State, ZIP+4 _Washington, DC 20419_

PS Form 3800, June 2002                     See Reverse for Instructions

7006 0810 0005 7646 7858

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.05 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.30 |

Postmark Here
FARRAGUT BR KNOXVILLE
02/21/2007

Sent To _Civil Process Clerk, U.S. DOJ_
Street, Apt. No.; or PO Box No. _555 4th St. N.W._
City, State, ZIP+4 _Washington, DC 20530_

PS Form 3800, June 2002                     See Reverse for Instructions

7006 0810 0005 7646 7865



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0005 7646 7865**
Status: **Delivered**

Your item was delivered at 10:57 AM on February 26, 2007 in
WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*                    Go >

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

**Track & Confirm**                                                      Track & Confirm      FAQs

### Search Results

Label/Receipt Number: **7006 0810 0005 7646 7858**
Status: **Delivered**

Your item was delivered at 11:49 AM on February 26, 2007 in
WASHINGTON, DC 20419.

*Track & Confirm*

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >                                    Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



UNITED STATES
POSTAL SERVICE ®

Home | Help | Sign In

Track & Confirm                FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0005 7646 7872**
Status: **Delivered**

Your item was delivered at 10:57 AM on February 26, 2007 in
WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

---



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

