UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH P. CARSON, )
)
    Plaintiff )
) Civil Action No: 07-0261 (PLF)
v. )
U.S. MERIT SYSTEMS PROTECTION BOARD )
)
    Defendant )
)
_____)

**RECEIVED**

APR - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## OPPOSITION TO DEFENDANT'S MOTION FOR DISMISSAL OR FOR SUMMARY JUDGMENT

Comes the petitioner and respectfully says as follows:

He understands the Court is obligated to "read the pleadings of a pro se plaintiff liberally and interpret them to 'raise the strongest arguments they suggest,'" See <u>McPherson v. Coombe</u>, 174 F.3d 276, 280 (2nd Cir. 1999), quoting <u>Burgos v. Hopkins</u> 14 F.3d 787, 790 (2d Cir. 1994). He perceives the legal issue presented in this case may be novel - whether a Court can direct an agency, via a FOIA suit, writ of mandamus, or other remedy, to prepare and publish information when the agency is required by statute to publicly report it to the President and/or the Congress.

By 5 USC 1204(a)(3) and (e)(3), the Merit Systems Protection Board (MSPB) is authorized and required to conduct necessary inquiries and reviews of the records of Office of Special Counsel (OSC), Equal Employment Opportunity

1

Commission (EEOC), and other agencies, to determine and report, to the President and Congress, "whether the public interest in a civil service free of prohibited personnel practices is being adequately protected."

Based on a review of the titles of its Special Studies since 1989, MSPB has failed to do this - none describe a review of the Office of Special Counsel's compliance with its singular statutory obligations to protect federal employees from prohibited personnel practices (PPPs). MSPB's motion for dismissal says nothing to the contrary.

The reason Mr. Carson needs to make this FOIA request - MSPB's failure to comply with the law in publicly reporting the information he seeks - is the same reason MSPB cannot provide it.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831