UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U. S. MERIT SYSTEMS PROTECTION BOARD, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0261 (PLF) |

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO JOIN CASES WITH CIVIL ACTION NO. 07-0445

Pursuant to Local Rule 40.5, Defendant, by undersigned counsel, hereby files its opposition to plaintiff's motion to consolidate this action, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, with Civil Action No. 07-0445, an action seeking mandamus relief under 28 U.S.C. § 1361. Defendant respectfully submits that plaintiff has provided no legally justifiable basis to consolidate the two actions, which involve different legal issues and are at different stages of litigation. Given that plaintiff does not argue that there is any further legal issue to be addressed in this action under the FOIA, as defendant has not withheld any documents, there is no justifiable reason to consolidate this action with defendant's newly filed mandamus case. This FOIA action is moot and should therefore be dismissed with prejudice.

ARGUMENT

I. Legal Standard for Consolidation of Related Cases Under Local Rule 40.5

Local Rule 40.5 provides that "cases are deemed related when the earliest is still pending on the merits in the District Court . . ." Defendant opposes consolidating this FOIA action with the newly filed mandamus action, as defendant has sought dismissal of this FOIA action based on

the fact that there is no FOIA controversy to be decided. *See* Mem. in Supp. of Def.'s Mot. to Dism. or Alt. for Summ. Judg. ("Def.'s Mem.") at 3, 4. By comparison, defendant's response to the Order to Show Cause issued in the newly filed mandamus action is not due until May 1, 2007. Because the two actions involve different legal issues and are at different stages of litigation, there is no benefit to be served by consolidating the two actions.

      II.     **There is No Legally Justifiable Basis to Keep This Action Open When Defendant Has Not Withheld Any Documents**

Courts have jurisdiction of an action that arises under FOIA only in instances where an agency has improperly withheld agency records. 5 U.S.C. § 552(a)(4)(B). "[I]t is well established that under the FOIA, 'once the records are produced the substance of the controversy disappears and becomes moot, since disclosure which the suit seeks has already been made.'" *Trueblood v. U.S. Dept. of the Treasury*, 943 F. Supp. 64, 67 (D.D.C. 1996) (*quoting Crooker v. United States State Dept.*, 628 F.2d 9, 10 (D.C. Cir. 1980)); *see also Perry v. Block*, 684 F.2d 121, 125 (D.C. Cir. 1982). Because defendant electronically produced to the plaintiff all responsive documents in its files, in response to plaintiff's FOIA request, there is no justiciable case or live controversy. *See Lepelletier v. FDIC*, 23 Fed. Appx. 4, 6 (D.C. Cir. 2001); *Tijerina v. Walters*, 821 F.2d 789, 799 (D.C. Cir. 1987). Since there is no FOIA controversy, there is no remaining federal court jurisdiction and this case should be dismissed. *Webb v. Dep't. of Health & Human Servs.*, 696 F.2d 101, 107-108 (D.C. Cir. 1982). As this case is moot and ready for dismissal, there is no legal basis to consolidate it with the newly filed mandamus action.

**Conclusion**

For the reasons set forth above and in defendant's previous pleading, defendant's motion to dismiss or in the alternative for summary judgment should be granted, and plaintiff's motion to consolidate this case with Civil Action No. 07-0445 should be denied.

Respectfully submitted,

\_\_\_\_Jeffrey A. Taylor_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_Rudolph Contreras_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_s/Sherease Louis_____
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH CARSON,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0261 (PLF) |
| | ) |
| **U. S. MERIT SYSTEMS PROTECTION BOARD,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 7(h), defendant responds to Plaintiff's Statement of Material Facts and Legal Argument as to Which There is No Genuine Dispute ("Statement"). Although defendant disputes certain assertions contained in plaintiff's Statement, defendant does not believe that these disputes present any genuine issues of fact that are material to the resolution of this case. Accordingly, defendant avers that there are no genuine issues of material fact in dispute and that this case should be dismissed.

1. Defendant disputes this statement. The statutory provisions referred to by the plaintiff provide that the Board shall "conduct, from time to time, special studies relating to the civil service and to other merit systems in the executive branch, and report to the President and to the Congress as to whether the public interest in a civil service free of prohibited personnel practices is being adequately protected." 5 U.S.C. § 1204(a)(3). Further, section §1204(e)(3) of Title 5 provides that the Board "shall make such inquiries as may be necessary and, unless otherwise prohibited by law, shall have access to personnel records or information collected by the Office of Personnel Management and may require additional reports from other agencies as needed." 5 U.S.C. § 1204(a)(3), (e)(3).

2-7.  The statements in these paragraphs are not relevant or material.  At issue in the instant matter is whether MSPB has provided plaintiff with all documents that are not exempt from disclosure under the Freedom of Information Act ("FOIA") in response to plaintiff's FOIA request.

                                              Respectfully submitted,

                                              _____Jeffrey A. Taylor_____
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              _____Rudolph Contreras_____
                                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                                              Assistant United States Attorney

                                              _____s/Sherease Louis_____
                                              SHEREASE LOUIS
                                              Special Assistant United States Attorney
                                              United States Attorney's Office
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              202-307-0895/ FAX 202-514-8780
                                              sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0261 (PLF) |
| | ) |
| U. S. MERIT SYSTEMS PROTECTION BOARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Defendant's Opposition to Plaintiff's Motion to Join Cases With Civil Action No. 07-0445, Defendant's Response to Plaintiff's Statement of Material Facts, and Proposed Order, has been made through the Court's electronic transmission facilities and by mailing copies thereof, first class postage prepaid, addressed to:

**JOSEPH CARSON**
10953 Twin Harbour Drive
Knoxville, TN 37922

on this 13th day of April, 2007.

                                                      /s Sherease Louis
                                              SHEREASE LOUIS
                                              Special Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W.,
                                              Washington, D.C. 20530
                                              (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH CARSON,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0261 (PLF) |
| | ) |
| **U. S. MERIT SYSTEMS PROTECTION BOARD,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant' Motion to Dismiss, or, alternatively for Summary Judgment, plaintiff's Opposition thereto, Plaintiff's Motion to Join Cases With Docket No. 07-0445, and Defendant's Opposition to Plaintiff's Motion to Join Cases With Docket No. 07-0445, and the entire record herein, it is on this _____ day of April, 2007,

ORDERED, that defendant's motion should be and hereby is granted; and it is

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed.

_____           _____
DATE                              PAUL L. FRIEDMAN
                                  UNITED STATES DISTRICT JUDGE

A copy of this order to:
JOSEPH P CARSON
10953 Twin Harbour Drive
Knoxville, TN 37922