UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, )<br>)<br>Plaintiff )<br>)<br>) Civil Action No: 07-0261 (PLF)<br>v. )<br>U.S. MERIT SYSTEMS PROTECTION BOARD)<br>)<br>Defendant )<br>)<br>_____) | RECEIVED<br>APR 18 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## REPLY TO OPPOSITION TO JOIN CASE WITH DOCKET NO. 07-0445

Comes the petitioner, who is pro se in this action, and respectfully says as follows:

He understands the Court is obligated to "read the pleadings of a pro se plaintiff liberally and interpret them to 'raise the strongest arguments they suggest,'" See <u>McPherson v. Coombe</u>, 174 F.3d 276, 280 (2nd Cir. 1999), quoting <u>Burgos v. Hopkins</u> 14 F.3d 787, 790 (2d Cir. 1994).

If there is a viable reason to join the cases, he leaves it in the discretion of the Court to do so.

Respectfully Submitted,

/s/ Joseph P. Carson
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

1

## Certificate of Service

I certify that the following documents for <u>Carson v. Merit Systems Protection Board</u>, docket no. 07-0261:

1.  Reply to opposition to join cases

was served, via U.S. Mail, on


Representative for MSPB

US Dept. of Justice
Attention: Sherease Louis
555 Fourth St, NW
Room 4821
Washington, DC 20530

_____
Joseph P. Carson

April 16, 2007