UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No: 07-0261 (PLF) |
| v. ) | |
| U.S. MERIT SYSTEMS PROTECTION BOARD ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

RECEIVED
APR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENTS OF MATERIAL FACT AND LAW

Defendant's response inaccurately and incompletely cited a relevant section of law. 5 USC 1204(e)(3) accurately states (emphasis added to indicate missing part of defendant's citation):

> **In carrying out any study under subsection (a)(3),** the Board shall make such inquiries as may be necessary and, unless otherwise prohibited by law, shall have access to personnel records or information collected by the Office of Personnel Management and may require additional reports from other agencies as needed.

By omitting this material and germane part of the law, the defendant's statement is incomplete and misleading. 5 USC 1240(a)(3) requires MSPB to make a specifically worded, publicly available, report to the President and Congress, with some periodicity, namely MSPB's determination regarding "whether the public interest in a civil service free of prohibited personnel practices is being adequately

1

protected."

5 USC 1204(e)(3) authorizes and requires MSPB to conduct the necessary oversight of OSC and other agencies to make its required determination, so it can make its required report. Contrary to the explicit requirements of these sections of the law, MSPB has not, since the law was established in 1989: 1) conducted the necessary oversight of OSC to make the required determination, 2) made the required determination, and 3) reported the required determination.

The rest of defendant's argument regarding "material and germane" should be understood in the context of MSPB's persistent non-compliance with these sections of the law.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

## Certificate of Service

I certify that the following documents for <u>Carson v. Merit Systems Protection Board</u>, docket no. 07-0261:

1. Reply to defendant's response to statement of facts and law, was served, via U.S. Mail, on

Representative for MSPB

US Dept. of Justice
Attention: Sherease Louis
555 Fourth St, NW
Room 4821
Washington, DC 20530

_____
Joseph P. Carson

April 17, 2007

3