UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, ) ) Plaintiff, ) ) v. ) ) UNITED STATES MERIT SYSTEMS ) PROTECTION BOARD, ) ) Defendant. ) | Civil Action No. 07-0261 (PLF) |

ORDER

 For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

 ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [12] is GRANTED; it is

 FURTHER ORDERED that plaintiff's complaint is DISMISSED; and it is

 FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

 SO ORDERED.

 /s/
 PAUL L. FRIEDMAN
 United States District Judge

DATE: February 19, 2008